IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES E. JANSSEN,

                Petitioner,                              ORDER

     v.                                              09-cv-0034-bbc

BRADLEY HOMPE, Warden,
Stanley Correctional Institution,

                Respondent.

---

        On February 9, 2009, the magistrate judge entered an order indicating that the court would appoint a lawyer to represent petitioner James Janssen on his petition for a writ of habeas corpus, provided that petitioner submitted a trust fund account statement from the institution proving his financial eligibility. Petitioner has complied with that order and submitted the trust fund account statement. From it, I am satisfied that petitioner is financially unable to obtain counsel. Accordingly, IT IS ORDERED that, pursuant to 18 U.S.C. § 3006A(a)(2) and for the reasons stated in the magistrate judge's order, the federal defender's office in this district is authorized to appoint counsel to represent petitioner in this matter.

        Entered this 18th day of February, 2009.

                                            BY THE COURT:

                                            /s/
                                            _____
                                            BARBARA B. CRABB
                                            District Judge