IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES JANSSEN,

      Petitioner,

                              JUDGMENT IN A CIVIL CASE

v.                                            Case No. 09-cv-34-bbc

BRADLEY HOMPE, Warden
Stanley Correctional Institution,

      Respondent.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing petitioner James Janssen's petition for writ of habeas corpus with prejudice.

By: /s/ Chief Deputy Clerk    10-30-09
Peter Oppeneer, Clerk of Court    Date